UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| **THE CORDISH COMPANIES, INC.** <br> 601 East Pratt Street, 6th Floor <br> Baltimore, Maryland 21202 | * <br><br> * | |
|     **Plaintiff,** | * | |
| v. | * | Case No.: _____ |
| **AFFILIATED FM INSURANCE COMPANY,** <br> 270 Central Avenue, P.O. Box 7500 <br> Johnston, Rhode Island 02919-4949 | * <br><br> * | |
|     **Defendant.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DEFENDANT AFFILIATED FM INSURANCE COMPANY'S NOTICE OF REMOVAL

The Defendant, Affiliated FM Insurance Company ("AFM"), by and through undersigned counsel, and pursuant to 28 U.S.C. §§ 1332 and 1446, hereby files this Notice of Removal from the Circuit Court for Baltimore City, Maryland, to the United States District Court for the District of Maryland, Northern Division, and in support thereof state as follows:

1. Plaintiff, The Cordish Companies, Inc. ("Cordish"), initiated the present action against AFM in the Circuit Court for Baltimore City, Maryland, Civil Action No. 24-c-20-002952, on or about July 9, 2020, seeking a declaratory judgment and alleging breach of contract.

2. AFM came into receipt of the Complaint on or about July 22, 2020.

3. Pursuant to 28 U.S.C. §1446(b)(1), this notice is being filed within 30 days of AFM's receipt of the Plaintiff's initial pleadings.

4. Plaintiff is domiciled in the State of Maryland.

5. AFM is an insurance company organized under the laws of the State of Rhode Island and maintains its principal place of business in Rhode Island.

6. This Court has original jurisdiction pursuant to 28 U.S.C. § 1332. There is true diversity of citizenship, and the amount in controversy exceeds $75,000, exclusive of costs and interest.

7. A copy of the Complaint filed in the Circuit Court and the subsequently issued Summons are attached hereto as **Exhibit A**.

8. AFM will file and serve its responsive pleading to the Complaint as required by the Federal Rules.

9. A true and correct copy of the Notice of Filing of Removal, which has been filed contemporaneously in the Maryland Circuit Court action, is attached hereto as **Exhibit B**.

Respectfully Submitted,

/s/ Bryant S. Green, Esq. (#19752)
Craig D. Roswell, Esq. (# 09529)
Bryant S. Green, Esq. (# 19752)
NILES, BARTON & WILMER, LLP
111 S. Calvert Street, Suite 1400
Baltimore, Maryland 21202
(410) 783-6300
(410) 783-6363 facsimile
cdroswell@nilesbarton.com
bsgreen@nilesbarton.com
*Counsel for Defendant,*
*Affiliated FM Insurance Company*

## **CERTIFICATE OF SERVICE**

I CERTIFY that on this 21st day of August, 2020, a copy of this Notice of Removal was served via e-mail, first class mail, and CM/ECF on:

Daniel J. Healy, Esq.
Marshall Gilinsky, Esq.
Pamela D. Hans, Esq.
Maria Brinkmann, Esq.
dhealy@andersonkill.com
mgilinsky@andersonkill.com
phans@andersonkill.com
mbrinkman@andersonkill.com
1717 Pennsylvania Avenue NW, Suite 200
Washington, DC 20006
*Counsel for Plaintiff,*
*The Cordish Companies, Inc.*

                                              /s/ Bryant S. Green
                                              Bryant S. Green