IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THE CORDISH COMPANIES, INC.
*Plaintiff,*

v.                                                            Civil Action No. ELH-20-2419

AFFILIATED FM INSURANCE
COMPANY,
*Defendant.*

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is this 31st day of

August 2021, by the United States District Court for the District of Maryland, **ORDERED**:

1)  Plaintiff's Motion for Surreply (ECF 32) is GRANTED;

2)  Defendant's Motion to Strike (ECF 46) is GRANTED;

3)  Defendant's Motion to Dismiss (ECF 24) is GRANTED; and

4)  The Clerk is directed to CLOSE this case.

                                        _____/s/_____
                                        Ellen Lipton Hollander
                                        United States District Judge